People of the State of Illinois, Plaintiff-Appellee, v. James Pollard, Defendant-Appellant.

Gen. No. 50,701. (Abstract of Decision.)

First District, First Division.

December 5, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Morton Friedman and Joseph W. Smith, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.